JOSEPH J. MESI, II, Appellant, v LAWRENCE G. RAND, M.D., et al., Respondents, et al., Defendant. [852 NYS2d 868]—

Present—Scudder, P.J., Centra, Lunn, Fahey and Green, JJ.